Matthew D. Mellen, (Bar No. 233350)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902
email@mellenlawfirm.com

Attorneys for Debtor,
JEFF VELASQUEZ

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JEFF VELASQUEZ,<br><br>Debtor(s). | Case No.: 17-41974<br><br>*[Hon. Roger L. Efremsky]*<br><br>Chapter 13<br><br>MOTION TO DISMISS CASE |

**TO THE UNITED STATES BANKRUPTCY COURT, CHAPTER 13 TRUSTEE, CREDITOR(S) COUNSEL, AND ALL CREDITORS**

Debtor Jeff Velasquez ("Debtor") moves the Court as follows:

Debtor filed under Chapter 13 of the Bankruptcy Code. This case has not been converted under 11 U.S.C. §706 or 11 U.S.C. §1112. There are no pending motions to convert the case to chapter 7 or pending motions to dismiss with prejudice. The debtor is entitled to dismiss the case pursuant to 11 U.S.C. §1307(b).

WHEREFORE, debtor prays the case be dismissed without prejudice.

DATED: September 1, 2017          Respectfully submitted,

                                  MELLEN LAW FIRM


                                  */s/ Jessica Galletta*
                                  Jessica Galletta, Esq.
                                  Attorneys for Debtor
                                  JEFF VELASQUEZ